1  DANIEL G. BOGDEN
   United States Attorney
2  KATHLEEN BLISS
   Assistant United States Attorney
3  PATRICIA A. SUMNER
   Trial Attorney, Civil Rights Division
4  Department of Justice
   333 Las Vegas Blvd. South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702) 388-6336 / Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) 2:10-cr-00414(PMP)RJJ |
| vs. | ) |
| | ) MOTION TO DISMISS |
| MELISSA HACK, | ) |
| Defendant. | ) |

The United States of America hereby moves to dismiss without prejudice, pursuant to Fed. R. Crim. P. 48(a), the instant case.

DATED this __7th__ day of March 2012.

                        DANIEL G. BOGDEN
                        United States Attorney

                        //s// Kathleen Bliss
                        Assistant United States Attorney

                        PATRICIA A. SUMNER
                        Trial Attorney, Civil Right Division
                        Department of Justice

. . .

. . .

IT IS SO ORDERED this _ 7th day of March, 2012.

                                              PHILIP M. PRO
                                              United States Senior District Court Judge